

**Entered on Docket
September 04, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**:<br><br>Sinisa  Todorovich<br>Danica  Todorovich<br><br>**Debtor(s)** | Case No. 09-16508-LBR<br>Trustee: RICK YARNALL<br><br>Chapter 13<br><br>Hearing Date: 07/09/2009<br>Hearing Time: 3:30 pm |

**Order Re: Motion To Value Collateral, "Strip Off", and Modify Rights of Citibank Na**

  This matter having come on for hearing on 07/09/2009 at 3:30 pm, attorney for Debtor(s) appearing on behalf of Debtors, proper notice having been given and no opposition being made to the Motion to Value Collateral, "Strip Off" and Modify Rights of Citibank Na on the real property located at 562 Redruth Dr, Las Vegas, NV .  The value of the Subject Property at the time of filing was $195000.00.

////

////

  **IT IS THEREFORE ORDERED THAT Citibank Na**'s claim is " Stripped off" and shall be

avoided pursuant 11 U.S.C. Section 506(a).

**IT IS FURTHER ORDERED THAT Citibank Na** shall retain their lien on the real property located at 562 Redruth Dr, Las Vegas, NV subject property until such time as the Debtor(s) have completed payment of the Chapter 13 Plan and receive discharge.  The mortgage claim shall be deemed as a wholly general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Plan.

DATED this 28 day of August, 2009.

| Submitted by: | Approved as to Form and Content by: |
|---|---|
| /s/ ANTHONY J DELUCA | |
| ANTHONY J. DELUCA, ESQ.<br>5830 West Flamingo Road, Suite 233<br>Las Vegas, Nevada 89103<br>Attorney for Debtor's | RICK YARNALL<br>CHAPTER 13 STANDING TRUSTEE |

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

(  ) The Court has waived the requirement of approval under LR 9021.

(  ) No parties appeared or filed written objections and there is no trustee appointed in the case.

( x) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

###